**No. 11-5407. Victor Lopez, Petitioner v. Travis Trani, Warden, et al.**

565 U.S. 905, 132 S. Ct. 307, 181 L. Ed. 2d 188, 2011 U.S. LEXIS 5950.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 628 F.3d 1228.

**No. 11-5409. James Patrick Preyear, Petitioner v. United States.**

565 U.S. 905, 132 S. Ct. 307, 181 L. Ed. 2d 188, 2011 U.S. LEXIS 5923.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5410. Melvin Perez, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 905, 132 S. Ct. 307, 181 L. Ed. 2d 188, 2011 U.S. LEXIS 5924.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 60 So. 3d 391.

**No. 11-5412. Lamar Atu Blackwell, Petitioner v. Colorado.**

565 U.S. 905, 132 S. Ct. 307, 181 L. Ed. 2d 188, 2011 U.S. LEXIS 5828.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Colorado denied.

Same case below, 251 P.3d 468.

**No. 11-5413. Edward Bowman, Petitioner v. New York.**

565 U.S. 906, 132 S. Ct. 307, 181 L. Ed. 2d 188, 2011 U.S. LEXIS 5876.

October 3, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, First Judicial Department, denied.

Same case below, 77 App. Div. 3d 559, 909 N.Y.S.2d 720.

**No. 11-5414. Richard Bell, Petitioner v. United States.**

565 U.S. 906, 132 S. Ct. 308, 181 L. Ed. 2d 188, 2011 U.S. LEXIS 5831.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 417 Fed. Appx. 420.

**No. 11-5415. Francisco Valdovinos-Mendez, Petitioner v. United States.**

565 U.S. 906, 132 S. Ct. 308, 181 L. Ed. 2d 188, 2011 U.S. LEXIS 5775.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 641 F.3d 1031.

**No. 11-5416. Miko T. Burl, Petitioner v. Stephen Dotson, Warden.**

565 U.S. 906, 132 S. Ct. 308, 181 L. Ed. 2d 188, 2011 U.S. LEXIS 5843.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.